Thomas J. Nolan, Jr. SBN 48413
NOLAN ARMSTRONG & BARTON LLP
600 University Ave
Palo Alto, CA, 94301
Telephone: (650) 326-2980
Facsimile: (650) 326-9704

Attorneys for Defendant
SA HUA "SHARON" WANG

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIAOFANG BAI,<br><br>         Plaintiff,<br><br>vs.<br><br>MAU WAN "JUDY" YEUNG, SA HUA "SHARON" WANG, XIAOHCA "GEORGE" HE, PERDURA, INC., DISCOVERY BUILDERS, DS MORTGAGE, INC., DISCOVERY SALES, INC., LEONA, LLC, JASON STERLING, JOHN M. CUGIA, BANK OF AMERICA, WELLS FARGO BANK, and CCG COLLGECTION SERVICING<br><br>         Defendants. | No. CV 08-5109 JL<br><br>STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT SA HUA "SHARON" WANG TO RESPOND TO PLAINTIFF'S COMPLAINT |

   WHEREFORE plaintiff's complaint was served on defendant Sa Hua "Sharon" Wang on December 3, 2008;

   WHEREFORE the deadline for defendant Sharon Wang to file a response to plaintiff's complaint is December 24, 2008;

   WHEREFORE Sharon Wang did not retain counsel for this matter until December 22, 2008.

   THEREFORE, the parties agree and hereby stipulate that defendant Sharon Wang shall have until January 15, 2009 to file a response to plaintiff's complaint.

---
1
Stipulation and Order re: Extension of Time To Answer Complaint

DATED: December 22, 2008

                                  NOLAN, ARMSTRONG & BARTON LLP

By: _____
THOMAS J. NOLAN, JR.
Attorneys for Defendant SA HUA "SHARON" WANG

DATED: December 22, 2008

                                  LAW OFFICE OF ANTHONY L. CORTES

By       /s/_____
ANTHONY L. CORTES
Attorney for plaintiff XIAOFANG BAI

**ORDER**

IT IS HEREBY ORDERED that the deadline for defendant Sharon Wang to file a response to plaintiff's complaint shall be January 15, 2009.

DATED: January 12, 2009                 _____
JAMES LARSON
United States Chief Magistrate Judge

---

Stipulation and Order re: Extension of Time To Answer Complaint