SUZANNE M. HANKINS (State Bar No. 157837)
smh@severson.com
JARLATH M. CURRAN, II (State Bar No. 239352)
jmc@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Ave., Suite 700
Irvine, CA 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

PATRICIA L. McCLARAN (State Bar No. 95754)
plm@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
Bank of America, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIAOFANG BAI,<br><br>Plaintiff,<br><br>v.<br><br>MAU WAN "JUDY" YEUNG, SA HUA "SHARON" WANG, XIAOHUA "GEORGE" HE, PERDURA, INC., DISCOVERY BUILDERS, DS MORTGAGE, INC., DISCOVERY SALES, INC., LEONA, LLC, JASON STERLING, JOHN M. CUGIA, BANK OF AMERICA, WELLS FARGO BANK, and CCG COLLECTION SERVICING,<br><br>Defendants. | Case No.: CV 08-5109-JL<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND TO CONTINUE THE CASE MANAGEMENT CONFERENCE**<br><br>DATE: February 18, 2009<br>TIME: 10:30 a.m.<br>CTRM: F |

11608/0378/708306.1  -1-  Stipulation/Order to Extend Time to Answer & Continue CMC
Case No. CV 08-5109-JL

# RECITALS

WHEREAS, Plaintiff XIAOFANG BAI ("Plaintiff") filed this action on or about November 10, 2008;

WHEREAS, the parties to this Stipulation have agreed to extend their time to respond to Plaintiff's complaint for a period of thirty (30) days in order to allow the parties an opportunity to explore the possibility of entering into an early settlement of this case;

WHEREAS, the parties have also agreed to extend the Case Management Conference presently scheduled for February 18, 2009 for a period of at least thirty (30) days in the event the case does not settle in order to allow them time to prepare and file their Rule 26(f) Report and complete all necessary initial disclosures.

WHEREAS, this is the first request for a continuance of the Case Management Conference made by the parties hereto. The continuance will not prejudice the parties to this action.

# STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and among Plaintiff XIAOFANG BAI and Defendants MAU WAN "JUDY" YEUNG, SA HUA "SHARON" WANG, XIAOHUA "GEORGE HE", PERDURA, INC., DISCOVERY BUILDERS, DS MORTGAGE, INC., DISCOVERY SALES, INC., LEONA, LLC, JOHN M. CUGIA, BANK OF AMERICA, WELLS FARGO BANK, and CCG COLLECTION SERVICING (collectively "Defendants"), by and through their counsel of record, as follows:

1. The time for Defendants to respond to Plaintiff's complaint shall be extended up to and including February 19, 2009.

2. The Case Management Conference set for February 18, 2009 is continued for a period of at least thirty (30) days, to the Court's first available date on or after March 20, 2009.

3. This stipulation is without prejudice to the rights, claims, arguments and defenses of all parties.

DATED: January 2\_\_\_, 2009      ANTONIO L. CORTES

By: _/s/ Antonio L. Cortes_
ANTONIO L. CORTES
Attorney for Plaintiff
XIAOFANG BAI

DATED: January \_\_\_, 2009      REUBEN & JUNIUS, LLP

By: _____
KEVIN H. ROSE
SHANNON LINDSAY
Attorneys for Defendant
MAU WAN "JUDY" YEUNG

DATED: January \_\_\_, 2009      NOLAN ARMSTRONG & BARTON LLP

By: _____
THOMAS J. NOLAN, JR.
Attorneys for Defendant
SA HUA "SHARON" WANG

11608/0378/708306.1      -3-   Stipulation/Order to Extend Time to Answer & Continue CMC
Case No. CV 08-5109-JL

2. The Case Management Conference set for February 18, 2009 is continued for a period of at least thirty (30) days, to the Court's first available date on or after March 20, 2009.

3. This stipulation is without prejudice to the rights, claims, arguments and defenses of all parties.

DATED: January ___, 2009             ANTONIO L. CORTES

                                      By: _____
                                      ANTONIO L. CORTES
                                      Attorney for Plaintiff
                                      XIAOFANG BAI

DATED: January 23, 2009              REUBEN & JUNIUS, LLP

                                      By: /s/ Shannon Lindsay
                                      KEVIN H. ROSE
                                      SHANNON LINDSAY
                                      Attorneys for Defendant
                                      MAU WAN "JUDY" YEUNG

DATED: January ___, 2009             NOLAN ARMSTRONG & BARTON
                                      LLP

                                      By: _____
                                      THOMAS J. NOLAN, JR.
                                      Attorneys for Defendant
                                      SA HUA "SHARON" WANG

2. The Case Management Conference set for February 18, 2009 is continued for a period of at least thirty (30) days, to the Court's first available date on or after March 20, 2009.

3. This stipulation is without prejudice to the rights, claims, arguments and defenses of all parties.

DATED: January ___, 2009

LAW OFFICES OF ANTHONY L. CORTES

By: _____
ANTHONY L. CORTES
Attorney for Plaintiff
XIAOFANG BAI

DATED: January ___, 2009

REUBEN & JUNIUS, LLP

By: _____
KEVIN H. ROSE
SHANNON LINDSAY
Attorneys for Defendant
MAU WAN "JUDY" YEUNG

DATED: January ___, 2009

NOLAN ARMSTRONG & BARTON LLP

By: _____
THOMAS J. NOLAN, JR.
Attorneys for Defendant
SA HUA "SHARON" WANG

| | | |
|---|---|---|
| 1 | DATED: January 21, 2009 | WILLOUGHBY, STUART & BENING, INC. |
| 2 | | |
| 3 | | |
| 4 | | By: [signature]<br>RANDALL E. WILLOUGHBY |
| 5 | | GEORGE W. DOWELL |
| 6 | | Attorneys for Defendants<br>XIAOHCA "GEORGE" HE and |
| 7 | | PERDURA, INC. |
| 8 | | |
| 9 | DATED: January ___, 2009 | MILLER STARR & REGALIA |
| 10 | | |
| 11 | | By: _____ |
| 12 | | DANIEL R. MILLER |
| 13 | | Attorneys for Defendants<br>DISCOVERY BUILDERS, |
| 14 | | DS MORTGAGE, INC.,<br>DISCOVERY SALES, INC., and |
| 15 | | LEONA, LLC |
| 16 | | |
| 17 | DATED: January ___, 2009 | LAW OFFICES OF TERENCE DANIEL DOYLE |
| 18 | | |
| 19 | | |
| 20 | | By: _____<br>VIRGINIA L. EKELUND |
| 21 | | Attorneys for Defendant<br>JOHN M. CUGIA |

11608/0378/708306.1 -4- Stipulation/Order to Extend Time to Answer & Continue CMC
Case No. CV 08-5109-JL

| | | |
|---|---|---|
| 1 | DATED: January ___, 2009 | WILLOUGHBY, STUART & BENING, INC. |
| 2 | | |
| 3 | | |
| 4 | | By: _____ |
| 5 | | RANDALL E. WILLOUGHBY GEORGE W. DOWELL |
| 6 | | Attorneys for Defendants XIAOHCA "GEORGE" HE and |
| 7 | | PERDURA, INC. |
| 8 | | |
| 9 | DATED: January 26 2009 | MILLER STARR & REGALIA |
| 10 | | |
| 11 | | By: *[signature]* |
| 12 | | DANIEL R. MILLER |
| 13 | | Attorneys for Defendants DISCOVERY BUILDERS, |
| 14 | | DS MORTGAGE, INC., DISCOVERY SALES, INC., and |
| 15 | | LEONA, LLC |
| 16 | | |
| 17 | DATED: January ___, 2009 | LAW OFFICES OF TERENCE DANIEL DOYLE |
| 18 | | |
| 19 | | |
| 20 | | By: _____ VIRGINIA L. EKELUND |
| 21 | | Attorneys for Defendant JOHN M. CUGIA |

| | | |
|---|---|---|
| 1 | DATED: January ___, 2009 | WILLOUGHBY, STUART & BENING, INC. |
| 2 | | |
| 3 | | |
| 4 | | By: _____ |
| 5 | | RANDALL E. WILLOUGHBY<br>GEORGE W. DOWELL |
| 6 | | Attorneys for Defendants<br>XIAOHCA "GEORGE" HE and |
| 7 | | PERDURA, INC. |
| 8 | | |
| 9 | DATED: January ___, 2009 | MILLER STARR & REGALIA |
| 10 | | |
| 11 | | |
| 12 | | By: _____<br>DANIEL R. MILLER |
| 13 | | Attorneys for Defendants<br>DISCOVERY BUILDERS, |
| 14 | | DS MORTGAGE, INC.,<br>DISCOVERY SALES, INC., and |
| 15 | | LEONA, LLC |
| 16 | | |
| 17 | DATED: January 22, 2009 | LAW OFFICES OF TERENCE DANIEL DOYLE |
| 18 | | |
| 19 | | |
| 20 | | By: V.L. Ekelund |
| 21 | | VIRGINIA L. EKELUND<br>Attorneys for Defendant |
| 22 | | JOHN M. CUGIA |

11608/0378/708306.1    -4-    Stipulation/Order to Extend Time to Answer & Continue CMC
Case No. CV 08-5109-JL

DATED: January 20, 2009     SEVERSON & WERSON
A Professional Corporation

By: /s/ Suzanne M. Hankins
SUZANNE M. HANKINS
JARLATH M. CURRAN, II
Attorneys for Defendant
BANK OF AMERICA, N.A.

DATED: January ___, 2009     HINSHAW & CULBERTSON LLP

By: _____
PAUL VALLONE
Attorneys for Defendants
WELLS FARGO BANK, and
CCG COLLECTION SERVICING

## ORDER

It IS HEREBY ORDERED that the deadline for Defendants to file a response to Plaintiff's complaint is extended to February 19, 2009.

IT IS FURTHER ORDERED that the Case Management Conference is continued to _____, 2009 at 10:30 a.m. in Department F.

DATED: _____     _____
JAMES LARSON
United Sates Chief Magistrate Judge

11608/0378/708306.1     -5-     Stipulation/Order to Extend Time to Answer & Continue CMC
Case No. CV 08-5109-JL

DATED: January ___, 2009

SEVERSON & WERSON
A Professional Corporation

By: _____
SUZANNE M. HANKINS
JARLATH M. CURRAN, II
Attorneys for Defendant
BANK OF AMERICA, N.A.

DATED: January 23, 2009

HINSHAW & CULBERTSON LLP

By: _____
PAUL VALLONE
Attorneys for Defendants
WELLS FARGO BANK, and
CCG COLLECTION SERVICING

## ORDER

It IS HEREBY ORDERED that the deadline for Defendants to file a response to Plaintiff's complaint is extended to February 19, 2009.

IT IS FURTHER ORDERED that the Case Management Conference is continued to March 25, 2009 at 10:30 a.m. in Department F.

DATED: January 29, 2009

_____
JAMES LARSON
United Sates Chief Magistrate Judge

11608/0378/708306.1 -5- Stipulation/Order to Extend Time to Answer & Continue CMC
Case No. CV 08-5109-JL