SUZANNE M. HANKINS (State Bar No. 157837)
smh@severson.com
JARLATH M. CURRAN, II (State Bar No. 239352)
jmc@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Ave., Suite 700
Irvine, CA 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

PATRICIA L. McCLARAN (State Bar No. 95754)
plm@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
Bank of America, N.A.

IT IS SO ORDERED
*Judge James Larson*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIAOFANG BAI, | Case No.: CV 08-5109-JL |
| Plaintiff, | |
| v. | |
| MAU WAN "JUDY" YEUNG, SA HUA "SHARON" WANG, XIAOHUA "GEORGE" HE, PERDURA, INC., DISCOVERY BUILDERS, DS MORTGAGE, INC., DISCOVERY SALES, INC., LEONA, LLC, JASON STERLING, JOHN M. CUGIA, BANK OF AMERICA, WELLS FARGO BANK, and CCG COLLECTION SERVICING, | **STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| Defendants. | |

## RECITALS

WHEREAS, Plaintiff XIAOFANG BAI ("Plaintiff") filed this action on or about November 10, 2008;

WHEREAS, the parties to this Stipulation have agreed to an additional extension of time to respond to Plaintiff's complaint until February 27, 2009 in order to continue negotiations that may provide for an early settlement of this case;

WHEREAS, the parties previously agreed to an extension of the responsive pleading date and to extend the Case Management Conference and in response to such request the Court entered an order setting a new Case Management Conference date of March 25, 2009 in order to allow the parties time to prepare and file their Rule 26(f) Report and complete all necessary initial disclosures.

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and among Plaintiff XIAOFANG BAI and Defendants MAU WAN "JUDY" YEUNG, SA HUA "SHARON" WANG, XIAOHUA "GEORGE HE", PERDURA, INC., DISCOVERY BUILDERS, DS MORTGAGE, INC., DISCOVERY SALES, INC., LEONA, LLC, JOHN M. CUGIA, BANK OF AMERICA, WELLS FARGO BANK, and CCG COLLECTION SERVICING (collectively "Defendants"), by and through their counsel of record, as follows:

1. The time for Defendants to respond to Plaintiff's complaint shall be extended up to and including February 27, 2009.

2. This stipulation is without prejudice to the rights, claims, arguments and defenses of all parties.

| | | |
|---|---|---|
| 1 | DATED: February /7, 2009 | ANTONIO L. CORTES |
| 2 | | |
| 3 | | By: *[signature]* |
| 4 | | ANTONIO L. CORTES |
| 5 | | Attorney for Plaintiff |
| | | XIAOFANG BAI |
| 6 | | |
| 7 | DATED: February ___, 2009 | REUBEN & JUNIUS, LLP |
| 8 | | |
| 9 | | By: _____ |
| 10 | | KEVIN H. ROSE |
| | | SHANNON LINDSAY |
| 11 | | Attorneys for Defendant |
| | | MAU WAN "JUDY" YEUNG |
| 12 | | |
| 13 | DATED: February ___, 2009 | NOLAN ARMSTRONG & BARTON LLP |
| 14 | | |
| 15 | | |
| 16 | | By: _____ |
| 17 | | THOMAS J. NOLAN, JR. |
| | | Attorneys for Defendant |
| 18 | | SA HUA "SHARON" WANG |
| 19 | | |
| 20 | DATED: February ___, 2009 | WILLOUGHBY, STUART & BENING, INC. |
| 21 | | |
| 22 | | |
| 23 | | By: _____ |
| | | RANDALL E. WILLOUGHBY |
| 24 | | GEORGE W. DOWELL |
| 25 | | Attorneys for Defendants |
| | | XIAOHCA "GEORGE" HE and |
| 26 | | PERDURA, INC. |

| | |
|---|---|
| DATED: February ___, 2009 | ANTONIO L. CORTES<br><br>By: _____<br>    ANTONIO L. CORTES<br>    Attorney for Plaintiff<br>    XIAOFANG BAI |
| DATED: February 17, 2009 | REUBEN & JUNIUS, LLP<br><br>By: _____<br>    KEVIN H. ROSE<br>    SHANNON LINDSAY<br>    Attorneys for Defendant<br>    MAU WAN "JUDY" YEUNG |
| DATED: February ___, 2009 | NOLAN ARMSTRONG & BARTON LLP<br><br>By: _____<br>    THOMAS J. NOLAN, JR.<br>    Attorneys for Defendant<br>    SA HUA "SHARON" WANG |
| DATED: February ___, 2009 | WILLOUGHBY, STUART & BENING, INC.<br><br>By: _____<br>    RANDALL E. WILLOUGHBY<br>    GEORGE W. DOWELL<br>    Attorneys for Defendants<br>    XIAOHCA "GEORGE" HE and<br>    PERDURA, INC. |

| | |
|---|---|
| DATED: February ___, 2009 | ANTONIO L. CORTES |
| | By: _____<br>ANTONIO L. CORTES<br>Attorney for Plaintiff<br>XIAOFANG BAI |
| DATED: February ___, 2009 | REUBEN & JUNIUS, LLP |
| | By: _____<br>KEVIN H. ROSE<br>SHANNON LINDSAY<br>Attorneys for Defendant<br>MAU WAN "JUDY" YEUNG |
| DATED: February 18, 2009 | LEWIS BRISBOIS BISGAARD & SMITH |
| | By: /s/ Shannon K. White<br>SHANNON K. WHITE<br>Attorneys for Defendant<br>SA HUA "SHARON" WANG |
| DATED: February ___, 2009 | WILLOUGHBY, STUART & BENING, INC. |
| | By: _____<br>RANDALL E. WILLOUGHBY<br>GEORGE W. DOWELL<br>Attorneys for Defendants<br>XIAOHCA "GEORGE" HE and PERDURA, INC. |

```
 1  DATED: February ___, 2009          ANTONIO L. CORTES
 2
 3
                                        By: _____
 4                                          ANTONIO L. CORTES
                                            Attorney for Plaintiff
 5                                          XIAOFANG BAI
 6
 7  DATED: February ___, 2009          REUBEN & JUNIUS, LLP
 8
 9                                      By: _____
                                            KEVIN H. ROSE
10                                          SHANNON LINDSAY
                                            Attorneys for Defendant
11                                          MAU WAN "JUDY" YEUNG
12
13
    DATED: February ___, 2009          NOLAN ARMSTRONG & BARTON
14                                      LLP
15
16
                                        By: _____
17                                          THOMAS J. NOLAN, JR.
                                            Attorneys for Defendant
18                                          SA HUA "SHARON" WANG
19
20  DATED: February 17, 2009           WILLOUGHBY, STUART &
                                        BENING, INC.
21
22
                                        By: _____
23                                          RANDALL E. WILLOUGHBY
                                            GEORGE W. DOWELL
24                                          Attorneys for Defendants
25                                          XIAOHCA "GEORGE" HE and
                                            PERDURA, INC.
26
27
28
```

11608/0378/708306.1     -3-    Stipulation/Order to Extend Time to Answer & Continue CMC
Case No. CV 08-5109-JL

```
DATED: February 27, 2009          MILLER STARR & REGALIA

                                  By: /s/ Daniel R. Miller
                                  DANIEL R. MILLER
                                  Attorneys for Defendants
                                  DISCOVERY BUILDERS,
                                  DS MORTGAGE, INC.,
                                  DISCOVERY SALES, INC., and
                                  LEONA, LLC


DATED: February ___, 2009         LAW OFFICES OF TERENCE
                                  DANIEL DOYLE



                                  By:_____
                                  VIRGINIA L. EKELUND
                                  Attorneys for Defendant
                                  JOHN M. CUGIA


DATED: February ___, 2009         SEVERSON & WERSON
                                  A Professional Corporation



                                  By:_____
                                  SUZANNE M. HANKINS
                                  JARLATH M. CURRAN, II
                                  Attorneys for Defendant
                                  BANK OF AMERICA, N.A.


DATED: February ___, 2009         HINSHAW & CULBERTSON LLP



                                  By:_____
                                  PAUL VALLONE
                                  Attorneys for Defendants
                                  WELLS FARGO BANK, and
                                  CCG COLLECTION SERVICING
```

| | | |
|---|---|---|
| 1 | DATED: February ___, 2009 | MILLER STARR & REGALIA |
| 2 | | |
| 3 | | By: _____ |
| 4 | | DANIEL R. MILLER |
| 5 | | Attorneys for Defendants DISCOVERY BUILDERS, |
| 6 | | DS MORTGAGE, INC., DISCOVERY SALES, INC., and |
| 7 | | LEONA, LLC |
| 8 | | |
| 9 | DATED: February 17, 2009 | LAW OFFICES OF TERENCE DANIEL DOYLE |
| 10 | | |
| 11 | | |
| 12 | | By: V.L. Ekelund |
| 13 | | VIRGINIA L. EKELUND Attorneys for Defendant |
| 14 | | JOHN M. CUGIA |
| 15 | DATED: February ___, 2009 | SEVERSON & WERSON |
| 16 | | A Professional Corporation |
| 17 | | |
| 18 | | By: _____ |
| 19 | | SUZANNE M. HANKINS JARLATH M. CURRAN, II |
| 20 | | Attorneys for Defendant BANK OF AMERICA, N.A. |
| 21 | | |
| 22 | DATED: February ___, 2009 | HINSHAW & CULBERTSON LLP |
| 23 | | |
| 24 | | By: _____ |
| 25 | | PAUL VALLONE Attorneys for Defendants |
| 26 | | WELLS FARGO BANK, and CCG COLLECTION SERVICING |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| DATED: February ___, 2009 | | MILLER STARR & REGALIA |
| | | By: _____ |
| | | DANIEL R. MILLER |
| | | Attorneys for Defendants |
| | | DISCOVERY BUILDERS, |
| | | DS MORTGAGE, INC., |
| | | DISCOVERY SALES, INC., and |
| | | LEONA, LLC |
| DATED: February ___, 2009 | | LAW OFFICES OF TERENCE DANIEL DOYLE |
| | | By: _____ |
| | | VIRGINIA L. EKELUND |
| | | Attorneys for Defendant |
| | | JOHN M. CUGIA |
| DATED: February 17, 2009 | | SEVERSON & WERSON |
| | | A Professional Corporation |
| | | By: /s/ _____ |
| | | SUZANNE M. HANKINS |
| | | JARLATH M. CURRAN, II |
| | | Attorneys for Defendant |
| | | BANK OF AMERICA, N.A. |
| DATED: February ___, 2009 | | HINSHAW & CULBERTSON LLP |
| | | By: _____ |
| | | PAUL VALLONE |
| | | Attorneys for Defendants |
| | | WELLS FARGO BANK, and |
| | | CCG COLLECTION SERVICING |

11608/0378/708306.1     -4-     Stipulation/Order to Extend Time to Answer & Continue CMC
Case No. CV 08-5109-JL

| | |
|---|---|
| DATED: February ___, 2009 | MILLER STARR & REGALIA<br><br>By: _____<br>DANIEL R. MILLER<br>Attorneys for Defendants<br>DISCOVERY BUILDERS,<br>DS MORTGAGE, INC.,<br>DISCOVERY SALES, INC., and<br>LEONA, LLC |
| DATED: February ___, 2009 | LAW OFFICES OF TERENCE DANIEL DOYLE<br><br>By: _____<br>VIRGINIA L. EKELUND<br>Attorneys for Defendant<br>JOHN M. CUGIA |
| DATED: February ___, 2009 | SEVERSON & WERSON<br>A Professional Corporation<br><br>By: _____<br>SUZANNE M. HANKINS<br>JARLATH M. CURRAN, II<br>Attorneys for Defendant<br>BANK OF AMERICA, N.A. |
| DATED: February 17, 2009 | HINSHAW & CULBERTSON LLP<br><br>By: _____<br>PAUL VALLONE<br>Attorneys for Defendants<br>WELLS FARGO BANK, and<br>CCG COLLECTION SERVICING |