SUZANNE M. HANKINS (State Bar No. 157837)
smh@severson.com
JARLATH M. CURRAN, II (State Bar No. 239352)
jmc@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Ave., Suite 700
Irvine, CA 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

PATRICIA L. McCLARAN (State Bar No. 95754)
plm@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
Bank of America, N.A.

*IT IS SO ORDERED*
*Judge James Larson*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIAOFANG BAI,<br><br>Plaintiff,<br><br>v.<br><br>MAU WAN "JUDY" YEUNG, SA HUA "SHARON" WANG, XIAOHUA "GEORGE" HE, PERDURA, INC., DISCOVERY BUILDERS, DS MORTGAGE, INC., DISCOVERY SALES, INC., LEONA, LLC, JASON STERLING, JOHN M. CUGIA, BANK OF AMERICA, WELLS FARGO BANK, and CCG COLLECTION SERVICING,<br><br>Defendants. | Case No.: CV 08-5109-JL<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

# RECITALS

WHEREAS, Plaintiff XIAOFANG BAI ("Plaintiff") filed this action on or about November 10, 2008;

WHEREAS, the parties to this Stipulation have agreed to an additional extension of time to respond to Plaintiff's complaint until February 27, 2009 in order to continue negotiations that may provide for an early settlement of this case;

WHEREAS, the parties previously agreed to an extension of the responsive pleading date and to extend the Case Management Conference and in response to such request the Court entered an order setting a new Case Management Conference date of March 25, 2009 in order to allow the parties time to prepare and file their Rule 26(f) Report and complete all necessary initial disclosures.

# STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and among Plaintiff XIAOFANG BAI and Defendants MAU WAN "JUDY" YEUNG, SA HUA "SHARON" WANG, XIAOHUA "GEORGE HE", PERDURA, INC., DISCOVERY BUILDERS, DS MORTGAGE, INC., DISCOVERY SALES, INC., LEONA, LLC, JOHN M. CUGIA, BANK OF AMERICA, WELLS FARGO BANK, and CCG COLLECTION SERVICING (collectively "Defendants"), by and through their counsel of record, as follows:

1. The time for Defendants to respond to Plaintiff's complaint shall be extended up to and including February 27, 2009.

2. This stipulation is without prejudice to the rights, claims, arguments and defenses of all parties.

```
 1 | DATED: February 17, 2009          ANTONIO L. CORTES
 2 |
 3 |                                   By: /s/ Antonio L. Cortes
 4 |                                       ANTONIO L. CORTES
   |                                       Attorney for Plaintiff
 5 |                                       XIAOFANG BAI
 6 |
 7 | DATED: February ___, 2009         REUBEN & JUNIUS, LLP
 8 |
 9 |                                   By: _____
10 |                                       KEVIN H. ROSE
   |                                       SHANNON LINDSAY
11 |                                       Attorneys for Defendant
   |                                       MAU WAN "JUDY" YEUNG
12 |
13 |
   | DATED: February ___, 2009         NOLAN ARMSTRONG & BARTON
14 |                                   LLP
15 |
16 |                                   By: _____
17 |                                       THOMAS J. NOLAN, JR.
   |                                       Attorneys for Defendant
18 |                                       SA HUA "SHARON" WANG
19 |
20 | DATED: February ___, 2009         WILLOUGHBY, STUART &
   |                                   BENING, INC.
21 |
22 |
23 |                                   By: _____
   |                                       RANDALL E. WILLOUGHBY
24 |                                       GEORGE W. DOWELL
   |                                       Attorneys for Defendants
25 |                                       XIAOHCA "GEORGE" HE and
   |                                       PERDURA, INC.
26 |
27 |
28 |
```

11608/0378/708306.1              -3-    Stipulation/Order to Extend Time to Answer & Continue CMC
                                        Case No. CV 08-5109-JL

```
 1  DATED: February ___, 2009           ANTONIO L. CORTES
 2
 3
                                         By: _____
 4                                           ANTONIO L. CORTES
                                             Attorney for Plaintiff
 5                                           XIAOFANG BAI
 6
    DATED: February 17, 2009            REUBEN & JUNIUS, LLP
 7
 8
 9                                       By: _____
                                             KEVIN H. ROSE
10                                           SHANNON LINDSAY
                                             Attorneys for Defendant
11                                           MAU WAN "JUDY" YEUNG
12
13
    DATED: February ___, 2009            NOLAN ARMSTRONG & BARTON
14                                       LLP
15
16
                                         By: _____
17                                           THOMAS J. NOLAN, JR.
                                             Attorneys for Defendant
18                                           SA HUA "SHARON" WANG
19
    DATED: February ___, 2009            WILLOUGHBY, STUART &
20                                       BENING, INC.
21
22
                                         By: _____
23                                           RANDALL E. WILLOUGHBY
                                             GEORGE W. DOWELL
24                                           Attorneys for Defendants
                                             XIAOHCA "GEORGE" HE and
25                                           PERDURA, INC.
26
27
28
```

11608/0378/708306.1    -3-    Stipulation/Order to Extend Time to Answer & Continue CMC
                              Case No. CV 08-5109-JL

| | | |
|---|---|---|
| 1 | DATED: February ___, 2009 | ANTONIO L. CORTES |
| 2 | | |
| 3 | | By: _____ |
| 4 | | ANTONIO L. CORTES<br>Attorney for Plaintiff |
| 5 | | XIAOFANG BAI |
| 6 | | |
| 7 | DATED: February ___, 2009 | REUBEN & JUNIUS, LLP |
| 8 | | |
| 9 | | By: _____ |
| 10 | | KEVIN H. ROSE<br>SHANNON LINDSAY |
| 11 | | Attorneys for Defendant<br>MAU WAN "JUDY" YEUNG |
| 12 | | |
| 13 | DATED: February 18, 2009 | LEWIS BRISBOIS BISGAARD &<br>SMITH |
| 14 | | |
| 15 | | |
| 16 | | By: /s/ Shannon K. White |
| 17 | | SHANNON K. WHITE |
| 18 | | Attorneys for Defendant<br>SA HUA "SHARON" WANG |
| 19 | | |
| 20 | DATED: February ___, 2009 | WILLOUGHBY, STUART &<br>BENING, INC. |
| 21 | | |
| 22 | | |
| 23 | | By: _____ |
| 24 | | RANDALL E. WILLOUGHBY<br>GEORGE W. DOWELL |
| 25 | | Attorneys for Defendants<br>XIAOHCA "GEORGE" HE and |
| 26 | | PERDURA, INC. |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | DATED: February ___, 2009 | ANTONIO L. CORTES |
| 2 | | |
| 3 | | By: _____ |
| 4 | | ANTONIO L. CORTES |
| 5 | | Attorney for Plaintiff |
| | | XIAOFANG BAI |
| 6 | | |
| 7 | DATED: February ___, 2009 | REUBEN & JUNIUS, LLP |
| 8 | | |
| 9 | | By: _____ |
| 10 | | KEVIN H. ROSE |
| | | SHANNON LINDSAY |
| 11 | | Attorneys for Defendant |
| 12 | | MAU WAN "JUDY" YEUNG |
| 13 | DATED: February ___, 2009 | NOLAN ARMSTRONG & BARTON LLP |
| 14 | | |
| 15 | | |
| 16 | | By: _____ |
| 17 | | THOMAS J. NOLAN, JR. |
| | | Attorneys for Defendant |
| 18 | | SA HUA "SHARON" WANG |
| 19 | | |
| 20 | DATED: February 17, 2009 | WILLOUGHBY, STUART & BENING, INC. |
| 21 | | |
| 22 | | |
| 23 | | By: _[signature]_ |
| | | RANDALL E. WILLOUGHBY |
| 24 | | GEORGE W. DOWELL |
| 25 | | Attorneys for Defendants |
| | | XIAOHCA "GEORGE" HE and |
| 26 | | PERDURA, INC. |

11608/0378/708306.1

-3- Stipulation/Order to Extend Time to Answer & Continue CMC
Case No. CV 08-5109-JL

```
 1  DATED: February 7, 2009            MILLER STARR & REGALIA

 2
 3                                     By: /s/ Daniel R. Miller
 4                                        DANIEL R. MILLER
                                          Attorneys for Defendants
 5                                        DISCOVERY BUILDERS,
                                          DS MORTGAGE, INC.,
 6                                        DISCOVERY SALES, INC., and
                                          LEONA, LLC
 7
 8
 9  DATED: February ___, 2009          LAW OFFICES OF TERENCE
                                       DANIEL DOYLE
10
11
12                                     By: _____
                                          VIRGINIA L. EKELUND
13                                        Attorneys for Defendant
                                          JOHN M. CUGIA
14
15  DATED: February ___, 2009          SEVERSON & WERSON
                                       A Professional Corporation
16
17
18                                     By: _____
                                          SUZANNE M. HANKINS
19                                        JARLATH M. CURRAN, II
                                          Attorneys for Defendant
20                                        BANK OF AMERICA, N.A.
21
    DATED: February ___, 2009          HINSHAW & CULBERTSON LLP
22
23
24                                     By: _____
                                          PAUL VALLONE
25                                        Attorneys for Defendants
                                          WELLS FARGO BANK, and
26                                        CCG COLLECTION SERVICING
27
28
```

11608/0378/708306.1                    -4-    Stipulation/Order to Extend Time to Answer & Continue CMC
                                              Case No. CV 08-5109-JL

| | | |
|---|---|---|
| 1 | DATED: February ___, 2009 | MILLER STARR & REGALIA |
| 2 | | |
| 3 | | By: _____ |
| 4 | | DANIEL R. MILLER |
| 5 | | Attorneys for Defendants DISCOVERY BUILDERS, |
| 6 | | DS MORTGAGE, INC., DISCOVERY SALES, INC., and |
| 7 | | LEONA, LLC |
| 8 | | |
| 9 | DATED: February 17, 2009 | LAW OFFICES OF TERENCE DANIEL DOYLE |
| 10 | | |
| 11 | | |
| 12 | | By: V.L. Ekelund |
| 13 | | VIRGINIA L. EKELUND Attorneys for Defendant |
| 14 | | JOHN M. CUGIA |
| 15 | DATED: February ___, 2009 | SEVERSON & WERSON A Professional Corporation |
| 16 | | |
| 17 | | |
| 18 | | By: _____ |
| 19 | | SUZANNE M. HANKINS JARLATH M. CURRAN, II |
| 20 | | Attorneys for Defendant BANK OF AMERICA, N.A. |
| 21 | | |
| 22 | DATED: February ___, 2009 | HINSHAW & CULBERTSON LLP |
| 23 | | |
| 24 | | By: _____ |
| 25 | | PAUL VALLONE Attorneys for Defendants |
| 26 | | WELLS FARGO BANK, and CCG COLLECTION SERVICING |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | DATED: February ___, 2009 | MILLER STARR & REGALIA |
| 2 | | |
| 3 | | |
| 4 | | By: _____<br>DANIEL R. MILLER |
| 5 | | Attorneys for Defendants<br>DISCOVERY BUILDERS, |
| 6 | | DS MORTGAGE, INC.,<br>DISCOVERY SALES, INC., and |
| 7 | | LEONA, LLC |
| 8 | | |
| 9 | DATED: February ___, 2009 | LAW OFFICES OF TERENCE<br>DANIEL DOYLE |
| 10 | | |
| 11 | | |
| 12 | | By: _____<br>VIRGINIA L. EKELUND |
| 13 | | Attorneys for Defendant<br>JOHN M. CUGIA |
| 14 | | |
| 15 | DATED: February 17, 2009 | SEVERSON & WERSON<br>A Professional Corporation |
| 16 | | |
| 17 | | |
| 18 | | By: _____ |
| 19 | | SUZANNE M. HANKINS<br>JARLATH M. CURRAN, II |
| 20 | | Attorneys for Defendant<br>BANK OF AMERICA, N.A. |
| 21 | | |
| 22 | DATED: February ___, 2009 | HINSHAW & CULBERTSON LLP |
| 23 | | |
| 24 | | By: _____<br>PAUL VALLONE |
| 25 | | Attorneys for Defendants<br>WELLS FARGO BANK, and |
| 26 | | CCG COLLECTION SERVICING |
| 27 | | |
| 28 | | |

11608/0378/708306.1     -4-     Stipulation/Order to Extend Time to Answer & Continue CMC
Case No. CV 08-5109-JL

1 DATED: February ___, 2009      MILLER STARR & REGALIA

By: _____
    DANIEL R. MILLER
    Attorneys for Defendants
    DISCOVERY BUILDERS,
    DS MORTGAGE, INC.,
    DISCOVERY SALES, INC., and
    LEONA, LLC

DATED: February ___, 2009      LAW OFFICES OF TERENCE DANIEL DOYLE

By: _____
    VIRGINIA L. EKELUND
    Attorneys for Defendant
    JOHN M. CUGIA

DATED: February ___, 2009      SEVERSON & WERSON
    A Professional Corporation

By: _____
    SUZANNE M. HANKINS
    JARLATH M. CURRAN, II
    Attorneys for Defendant
    BANK OF AMERICA, N.A.

DATED: February 17, 2009      ~~HINSHAW & CULBERTSON LLP~~

By: _____
    PAUL VALLONE
    Attorneys for Defendants
    WELLS FARGO BANK, and
    CCG COLLECTION SERVICING