DUANE C. MUSFELT, SB# 72058
　E-Mail: musfelt@lbbslaw.com
SHANNON K. WHITE, SB# 235382
　E-Mail: white@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendant
SA HUA "SHARON" WANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIAOFANG BAI,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MAU WAN "JUDY" YEUNG, SA HUA "SHARON" WANG, XIAOHUA "GEORGE" HE, PERDURA, INC., DISCOVERY BUILDERS, DS MORTGAGE, INC., DISCOVERY SALES, INC., LEONA, LLC, JASON STERLING, JOHN M. CUGIA, BANK OF AMERICA, WELLS FARGO BANK, and CCG COLLECTION SERVICING,<br><br>　　　　Defendants. | CASE NO. CV-08-5109-JL<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

4832-0547-9683.1

-1-

STIPULATION/ORDER TO EXTEND TIME TO ANSWER & CONTINUE CMC

## RECITALS

WHEREAS, Plaintiff XIAOFANG BAI ("Plaintiff") filed this action on or about November 10, 2008;

WHEREAS, the parties to this Stipulation have agreed to an additional extension of time to respond to Plaintiff's complaint until March 10, 2009 in order to continue negotiations that may provide for an early settlement of this case;

WHEREAS, the parties previously agreed to an extension of the responsive pleading date and to extend the Case Management Conference and in response to such request the Court entered an order setting a new Case Management Conference date of April 1, 2009 in order to allow the parties time to prepare and file their Rule 26(f) Report and complete all necessary initial disclosures.

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and among Plaintiff XIAOFANG BAI and Defendants MAU WAN "JUDY" YEUNG, SA HUA "SHARON" WANG, XIAOHUA "GEORGE HE", PERDURA, INC., DISCOVERY BUILDERS, DS MORTGAGE, INC., DISCOVERY SALES, INC., LEONA, LLC, JOHN M. CUGIA, BANK OF AMERICA, WELLS FARGO BANK, and CCG COLLECTION SERVICING (collectively "Defendants"), by and through their counsel of record, as follows:

1. The time for Defendants to respond to Plaintiff's complaint shall be extended up to and including March 10, 2009.

2. This stipulation is without prejudice to the rights, claims, arguments and defenses of all parties.

C:\DOCUME~1\lew-pham\LOCALS~1\Temp\XPGRPWISE\DOCS1-#713806-v1-
BofA_Bai_PLD_2nd_Stip_to_Extend_Responsive_Pleadings.DOCC:\DOCUME~1\lew-
pham\LOCALS~1\Temp\XPGRPWISE\DOCS1-#713806-v1-BofA_Bai_PLD_2nd_Stip_to_Extend_Responsive_Pleadings.DOC
11608/0378/708306.1     -2-     Stipulation/Order to Extend Time to Answer & Continue CMC
Case No. CV 08-5109-JL

| | | |
|---|---|---|
| 1 | DATED: February 27, 2009 | ANTONIO L. CORTES |
| 2 | | |
| 3 | | By: /s/ Antonio L. Cortes |
| 4 | | ANTONIO L. CORTES<br>Attorney for Plaintiff |
| 5 | | XIAOFANG BAI |
| 6 | | |
| 7 | DATED: February ___, 2009 | REUBEN & JUNIUS, LLP |
| 8 | | |
| 9 | | By: _____ |
| 10 | | KEVIN H. ROSE<br>SHANNON LINDSAY |
| 11 | | Attorneys for Defendant<br>MAU WAN "JUDY" YEUNG |
| 12 | | |
| 13 | DATED: February ___, 2009 | LEWIS BRISBOIS BISGAARD & SMITH |
| 14 | | |
| 17 | | By: _____ |
| 18 | | SHANNON K. WHITE<br>Attorneys for Defendant |
| 19 | | SA HUA "SHARON" WANG |
| 20 | DATED: February ___, 2009 | WILLOUGHBY, STUART & BENING, INC. |
| 21 | | |
| 23 | | By: _____ |
| 24 | | RANDALL E. WILLOUGHBY<br>GEORGE W. DOWELL |
| 25 | | Attorneys for Defendants<br>XIAOHCA "GEORGE" HE and |
| 26 | | PERDURA, INC. |

C:\DOCUME~1\lew-pham\LOCALS~1\Temp\XPGRPWISE\DOCS1-#713806-v1-BofA_Bai_PLD_2nd_Stip_to_Extend_Responsive_Pleadings.DOCC:\DOCUME~1\lew-pham\LOCALS~1\Temp\XPGRPWISE\DOCS1-#713806-v1-BofA_Bai_PLD_2nd_Stip_to_Extend_Responsive_Pleadings.DOC

11608/0378/708306.1    -3-    Stipulation/Order to Extend Time to Answer & Continue CMC
Case No. CV 08-5109-JL

| | |
|---|---|
| 1  DATED: February ___, 2009 | ANTONIO L. CORTES |
| 2 | |
| 3 | By: _____ |
| 4 | ANTONIO L. CORTES<br>Attorney for Plaintiff |
| 5 | XIAOFANG BAI |
| 6 | |
| 7  DATED: February 27, 2009 | REUBEN & JUNIUS, LLP |
| 8 | |
| 9 | By: _____ |
| 10 | KEVIN H. ROSE<br>SHANNON LINDSAY<br>Attorneys for Defendant |
| 11 | MAU WAN "JUDY" YEUNG |
| 12 | |
| 13  DATED: February ___, 2009 | LEWIS BRISBOIS BISGAARD & SMITH |
| 14 | |
| 17 | By: _____ |
| 18 | SHANNON K. WHITE<br>Attorneys for Defendant |
| 19 | SA HUA "SHARON" WANG |
| 20  DATED: February ___, 2009 | WILLOUGHBY, STUART & BENING, INC. |
| 23 | By: _____ |
| 24 | RANDALL E. WILLOUGHBY<br>GEORGE W. DOWELL<br>Attorneys for Defendants |
| 25 | XIAOHCA "GEORGE" HE and |
| 26 | PERDURA, INC. |

C:\DOCUME~1\lew-pham\LOCALS~1\Temp\XPGRPWISE\DOCS1-#713806-v1-BofA_Bai_PLD_2nd_Stip_to_Extend_Responsive_Pleadings.DOCC:\DOCUME~1\lew-pham\LOCALS~1\Temp\XPGRPWISE\DOCS1-#713806-v1-BofA_Bai_PLD_2nd_Stip_to_Extend_Responsive_Pleadings.DOC

11608/0378/708306.1     -3-     Stipulation/Order to Extend Time to Answer & Continue CMC
Case No. CV 08-5109-JL

```
 1  DATED: February ___, 2009              ANTONIO L. CORTES
 2
 3
                                           By: _____
 4                                             ANTONIO L. CORTES
                                               Attorney for Plaintiff
 5                                             XIAOFANG BAI

 6
 7  DATED: February ___, 2009              REUBEN & JUNIUS, LLP

 8
 9                                         By: _____
                                               KEVIN H. ROSE
10                                             SHANNON LINDSAY
                                               Attorneys for Defendant
11                                             MAU WAN "JUDY" YEUNG

12
13  DATED: February 26, 2009               LEWIS BRISBOIS BISGAARD &
                                           SMITH
14
15
16
                                           By: /s/ Shannon K. White
17                                             SHANNON K. WHITE
                                               Attorneys for Defendant
18                                             SA HUA "SHARON" WANG
19
20  DATED: February ___, 2009              WILLOUGHBY, STUART &
                                           BENING, INC.
21
22
23
                                           By: _____
24                                             RANDALL E. WILLOUGHBY
                                               GEORGE W. DOWELL
25                                             Attorneys for Defendants
                                               XIAOHCA "GEORGE" HE and
26                                             PERDURA, INC.
27
    C:\DOCUME~1\white\LOCALS~1\Temp\XPGrpWise\DOCS1-#713806-v1-
28  BofA_Bai_PLD_2nd_Stip_to_Extend_Responsive_Pleadings.DOCC:\DOCUME~1\white\LOCALS~1\Temp\XPGrpWise\DOCS
    1-#713806-v1-BofA_Bai_PLD_2nd_Stip_to_Extend_Responsive_Pleadings.DOC
```

11608/0378/708306.1 -3- Stipulation/Order to Extend Time to Answer & Continue CMC
Case No. CV 08-5109-JL

| | | |
|---|---|---|
| 1 | DATED: February ___, 2009 | ANTONIO L. CORTES |
| 2 | | |
| 3 | | By: _____ |
| 4 | | ANTONIO L. CORTES |
| | | Attorney for Plaintiff |
| 5 | | XIAOFANG BAI |
| 6 | | |
| 7 | DATED: February ___, 2009 | REUBEN & JUNIUS, LLP |
| 8 | | |
| 9 | | By: _____ |
| | | KEVIN H. ROSE |
| 10 | | SHANNON LINDSAY |
| 11 | | Attorneys for Defendant |
| | | MAU WAN "JUDY" YEUNG |
| 12 | | |
| 13 | DATED: February ___, 2009 | LEWIS BRISBOIS BISGAARD & SMITH |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | By: _____ |
| | | SHANNON K. WHITE |
| 18 | | Attorneys for Defendant |
| 19 | | SA HUA "SHARON" WANG |
| 20 | DATED: February 21, 2009 | WILLOUGHBY, STUART & BENING, INC. |
| 21 | | |
| 22 | | |
| 23 | | By: /s/ [signature] |
| 24 | | RANDALL E. WILLOUGHBY |
| | | GEORGE W. DOWELL |
| 25 | | Attorneys for Defendants |
| | | XIAOHCA "GEORGE" HE and |
| 26 | | PERDURA, INC. |
| 27 | | |

C:\DOCUME~1\lew-pham\LOCALS~1\Temp\XPGRPWISE\DOCS1-#713806-v1-BofA_Bai_PLD_2nd_Stip_to_Extend_Responsive_Pleadings.DOCC:\DOCUME~1\lew-pham\LOCALS~1\Temp\XPGRPWISE\DOCS1-#713806-v1-BofA_Bai_PLD_2nd_Stip_to_Extend_Responsive_Pleadings.DOC

11608/0378/708306.1 -3- Stipulation/Order to Extend Time to Answer & Continue CMC
Case No. CV 08-5109-JL

| | | |
|---|---|---|
| 1 | DATED: February 27, 2009 | MILLER STARR & REGALIA |
| 2 | | |
| 3 | | By: /s/ Daniel R. Miller |
| 4 | | DANIEL R. MILLER |
| 5 | | Attorneys for Defendants |
| 6 | | DISCOVERY BUILDERS, DS MORTGAGE, INC., DISCOVERY SALES, INC., and LEONA, LLC |
| 7 | | |
| 8 | | |
| 9 | DATED: February ___, 2009 | LAW OFFICES OF TERENCE DANIEL DOYLE |
| 10 | | |
| 11 | | |
| 12 | | By: _____ |
| 13 | | VIRGINIA L. EKELUND Attorneys for Defendant |
| 14 | | JOHN M. CUGIA |
| 15 | DATED: February ___, 2009 | SEVERSON & WERSON |
| 16 | | A Professional Corporation |
| 17 | | |
| 18 | | By: _____ |
| 19 | | SUZANNE M. HANKINS JARLATH M. CURRAN, II |
| 20 | | Attorneys for Defendant BANK OF AMERICA, N.A. |
| 21 | | |
| 22 | DATED: February ___, 2009 | HINSHAW & CULBERTSON LLP |
| 23 | | |
| 24 | | By: _____ |
| 25 | | PAUL VALLONE Attorneys for Defendants |
| 26 | | WELLS FARGO BANK, and CCG COLLECTION SERVICING |
| 27 | | |
| 28 | C:\DOCUME~1\lew-pham\LOCALS~1\Temp\XPGRPWISE\DOCS1-#713806-v1-BofA_Bai_PLD_2nd_Stip_to_Extend_Responsive_Pleadings.DOCC:\DOCUME~1\lew-pham\LOCALS~1\Temp\XPGRPWISE\DOCS1-#713806-v1-BofA_Bai_PLD_2nd_Stip_to_Extend_Responsive_Pleadings.DOC | |

11608/0378/708306.1 -4- Stipulation/Order to Extend Time to Answer & Continue CMC
Case No. CV 08-5109-JL

| | | |
|---|---|---|
| 1 | DATED: February ___, 2009 | MILLER STARR & REGALIA |
| 3 | | By: _____ |
| 4 | | DANIEL R. MILLER |
| | | Attorneys for Defendants |
| 5 | | DISCOVERY BUILDERS, |
| 6 | | DS MORTGAGE, INC., |
| | | DISCOVERY SALES, INC., and |
| 7 | | LEONA, LLC |
| 9 | DATED: ~~February~~ 3/2/09, ~~2009~~ | LAW OFFICES OF TERENCE DANIEL DOYLE |
| 11 | | By: V. L. Ekelund |
| 12 | | VIRGINIA L. EKELUND |
| 13 | | Attorneys for Defendant |
| | | JOHN M. CUGIA |
| 15 | DATED: February ___, 2009 | SEVERSON & WERSON |
| 16 | | A Professional Corporation |
| 18 | | By: _____ |
| 19 | | SUZANNE M. HANKINS |
| | | JARLATH M. CURRAN, II |
| 20 | | Attorneys for Defendant |
| | | BANK OF AMERICA, N.A. |
| 21 | DATED: February ___, 2009 | HINSHAW & CULBERTSON LLP |
| 24 | | By: _____ |
| 25 | | PAUL VALLONE |
| | | Attorneys for Defendants |
| 26 | | WELLS FARGO BANK, and |
| | | CCG COLLECTION SERVICING |

C:\DOCUME~1\lew-pham\LOCALS~1\Temp\XPGRPWISE\DOCS1-#713806-v1-
BofA_Bai_PLD_2nd_Stip_to_Extend_Responsive_Pleadings.DOCC:\DOCUME~1\lew-
pham\LOCALS~1\Temp\XPGRPWISE\DOCS1-#713806-v1-BofA_Bai_PLD_2nd_Stip_to_Extend_Responsive_Pleadings.DOC

11608/0378/708306.1         -4-   Stipulation/Order to Extend Time to Answer & Continue CMC
                                                              Case No. CV 08-5109-JL

| | | |
|---|---|---|
| 1 | DATED: February ___, 2009 | MILLER STARR & REGALIA |
| 2 | | |
| 3 | | By: _____ |
| 4 | | DANIEL R. MILLER<br>Attorneys for Defendants |
| 5 | | DISCOVERY BUILDERS,<br>DS MORTGAGE, INC., |
| 6 | | DISCOVERY SALES, INC., and<br>LEONA, LLC |
| 7 | | |
| 8 | | |
| 9 | DATED: February ___, 2009 | LAW OFFICES OF TERENCE<br>DANIEL DOYLE |
| 10 | | |
| 11 | | |
| 12 | | By: _____<br>VIRGINIA L. EKELUND |
| 13 | | Attorneys for Defendant<br>JOHN M. CUGIA |
| 14 | | |
| 15 | DATED: February ___, 2009 | SEVERSON & WERSON<br>A Professional Corporation |
| 16 | | |
| 17 | | |
| 18 | | By: [signature]<br>SUZANNE M. HANKINS |
| 19 | | JARLATH M. CURRAN, II<br>Attorneys for Defendant |
| 20 | | BANK OF AMERICA, N.A. |
| 21 | | |
| 22 | DATED: February ___, 2009 | HINSHAW & CULBERTSON LLP |
| 23 | | |
| 24 | | By: _____<br>PAUL VALLONE |
| 25 | | Attorneys for Defendants<br>WELLS FARGO BANK, and |
| 26 | | CCG COLLECTION SERVICING |

C:\DOCUME~1\lew-pham\LOCALS~1\Temp\XPGRPWISE\DOCS1-#713806-v1-
BofA_Bai_PLD_2nd_Stip_to_Extend_Responsive_Pleadings.DOCC:\DOCUME~1\lew-
pham\LOCALS~1\Temp\XPGRPWISE\DOCS1-#713806-v1-BofA_Bai_PLD_2nd_Stip_to_Extend_Responsive_Pleadings.DOC
11608/0378/708306.1                -4-    Stipulation/Order to Extend Time to Answer & Continue CMC
                                                                        Case No. CV 08-5109-JL

| | | |
|---|---|---|
| 1 | DATED: February ___, 2009 | MILLER STARR & REGALIA |
| 2 | | |
| 3 | | By: _____ |
| 4 | | DANIEL R. MILLER |
| | | Attorneys for Defendants |
| 5 | | DISCOVERY BUILDERS, |
| | | DS MORTGAGE, INC., |
| 6 | | DISCOVERY SALES, INC., and |
| 7 | | LEONA, LLC |
| 8 | | |
| 9 | DATED: February ___, 2009 | LAW OFFICES OF TERENCE DANIEL DOYLE |
| 10 | | |
| 11 | | |
| 12 | | By: _____ |
| | | VIRGINIA L. EKELUND |
| 13 | | Attorneys for Defendant |
| | | JOHN M. CUGIA |
| 14 | | |
| 15 | DATED: February ___, 2009 | SEVERSON & WERSON |
| | | A Professional Corporation |
| 16 | | |
| 17 | | |
| 18 | | By: _____ |
| | | SUZANNE M. HANKINS |
| 19 | | JARLATH M. CURRAN, II |
| | | Attorneys for Defendant |
| 20 | | BANK OF AMERICA, N.A. |
| 21 | | |
| | DATED: February 27, 2009 | HINSHAW & CULBERTSON LLP |
| 22 | | |
| 23 | | |
| 24 | | By: /s/ Paul Vallone |
| 25 | | PAUL VALLONE |
| | | Attorneys for Defendants |
| 26 | | WELLS FARGO BANK, and |
| | | CCG COLLECTION SERVICING |
| 27 | | |
| 28 | C:\DOCUME~1\lew-pham\LOCALS~1\Temp\XPGRPWISE\DOCS1-#713806-v1-BofA_Bai_PLD_2nd_Stip_to_Extend_Responsive_Pleadings.DOCC:\DOCUME~1\lew-pham\LOCALS~1\Temp\XPGRPWISE\DOCS1-#713806-v1-BofA_Bai_PLD_2nd_Stip_to_Extend_Responsive_Pleadings.DOC | |

11608/0378/708306.1 -4- Stipulation/Order to Extend Time to Answer & Continue CMC
Case No. CV 08-5109-JL

## ORDER

It IS HEREBY ORDERED that the deadline for Defendants to file a response to Plaintiff's complaint is extended to March 10, 2009.

DATED: March 13, 2009

*/s/ James Larson*
JAMES LARSON
United States Chief Magistrate Judge

C:\DOCUME~1\lew-pham\LOCALS~1\Temp\XPGRPWISE\DOCS1-#713806-v1-BofA_Bai_PLD_2nd_Stip_to_Extend_Responsive_Pleadings.DOCC:\DOCUME~1\lew-pham\LOCALS~1\Temp\XPGRPWISE\DOCS1-#713806-v1-BofA_Bai_PLD_2nd_Stip_to_Extend_Responsive_Pleadings.DOC

11608/0378/708306.1       -5-    Stipulation/Order to Extend Time to Answer & Continue CMC
                                 Case No. CV 08-5109-JL

**CERTIFICATE OF SERVICE**
*Bai v. Yeung, et al.*
U.S.D.C., Northern District, Case No. CV-08-5109-JL

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to the action. My business address is One Sansome Street, Suite 1400, San Francisco, California 94104. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On March 3, 2009, I served the following document(s): **STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT.**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**SEE SERVICE LIST ATTACHED**

The documents were served by the following means:

[ ] (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and I deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

[X] (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 3, 2009, at San Francisco, California.

Nancy Lew-Pham

4818-5878-0419.1

Re: Bai v. Yeung, et al.
Case No. CV-08-5109-JL

## SERVICE LIST

| **Attorneys for Plaintiff**<br>Antonio L. Cortés<br>528 Wisteria Way<br>San Rafael, CA 94903<br>Phone: 415/256-1911<br>Fax:    415/256-1919<br>corteslaw@comcast.net | **Attorneys for Mau Wan "Judy" Yeung**<br>Kevin H. Rose<br>Shannon S. Lindsay<br>Reuben & Junius, LLP<br>One Bush Street, Suite 600<br>San Francisco, CA 94104<br>Kevin's Direct: 415/291-7036<br>Kevin's Cell:  925/586-5725<br>Main:  415/567-9000<br>Fax:    415/399-9480<br>krose@reubenlaw.com<br>slindsay@reubenlaw.com |
|---|---|
| **Attorneys for Wells Fargo Bank and CCG Collection Servicing**<br>Paul E. Vallone, Esq.<br>LAW OFFICES OF PAUL E. VALLONE<br>109 Travers Drive<br>Martinez, CA 94553<br>Office & fax: 925-313-9405<br>Cell: 925-212-4062<br>paulvallone@aol.com | **Attorneys for Discovery Builders, DS Mortgage, Inc. Discovery Sales, Inc., and Leona, LLC**<br>Daniel R. Miller<br>Miller Starr & Regalia<br>1331 N. California Blvd., Fifth Floor<br>Walnut Creek, CA 94596<br>Phone:<br>Fax:    925/933 4126<br>drm@msrlegal.com |
| **Attorneys for Xiaohua "George" He and Perdura, Inc.**<br>Randall E. Willoughby<br>rew@wsblaw.net<br>George W. Dowell<br>gwd@wsblaw.net<br>Willoughby, Stuart & Bening, Inc.<br>50 W. San Fernando Street, Suite 400<br>San Jose, Ca 95113<br>Phone: 408/289-1972<br>Fax:    408/295-6375 | **Attorneys for Bank of America**<br>Suzanne M. Hankins<br>Severson & Werson<br>19100 Von Karman Avenue, Suite 700<br>Irvine, CA 92612<br>Direct: 949/225-7968<br>Main:  949/442-7110<br>Fax:    949/442-7118<br>smh@severson.com |
| **Attorneys for John M. Cugia**<br>Virginia L. Ekelund<br>Law Offices of Terence Daniel Doyle, APC<br>571 Hartz Ave<br>Danville, CA 94526<br>Phone: 925/855-4330<br>Fax:    925/855-4334<br>vekelund@tdoyle.com | |

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

4818-5878-0419.1