# **ORDER**

It IS HEREBY ORDERED that the deadline for Defendants to file a response to Plaintiff's complaint is extended to March 17, 2009. The Case Management Conference is set for  April 1, 2009 .

DATED: March 23, 2009

_____
JAMES LARSON
United States Chief Magistrate Judge