UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIAOFANG BAI, et al., | No. C 08- 5109 JL |
| Plaintiffs, | ORDER OF DISMISSAL |
| v. | |
| MAU WAN "JUDY" YEUNG, et al. | |
| Defendants. | |

The parties hereto, by their counsel, having advised the court that they have agreed to a settlement of this cause, IT IS HEREBY ORDERED that this cause of action be dismissed with prejudice; provided, however that if any party hereto shall certify to this court, within the term of the Settlement Agreement, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and a Stipulated Judgment lodged with the Court at the time of execution of the Settlement Agreement shall be signed and filed with the Court.

IT IS SO ORDERED.

DATED: May 29, 2009

_____
James Larson
Chief Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIVIL\08-5109\DISMISSAL.wpd